November 6, 2014.



# JUDGMENT

## The Fourteenth Court of Appeals

JERRY  JEROME  COLBURN, Appellant

NO. 14-13-00680-CV                                  V.

EVELYN COLBURN, Appellee

_____

This cause, an appeal from the judgment signed, June 27, 2013, was heard on the transcript of the record. The record shows that appellee, Evelyn Colburn, established that appellant, Jerry Jerome Colburn, accepted benefits under the trial court's judgment, and appellant, Jerry Jerome Colburn, failed to demonstrate that an exception to the acceptance of benefits doctrine applies.  We therefore order the appeal **DISMISSED**.

We order appellant, Jerry Jerome Colburn, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.